# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2009

139372

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re MARVIN EILENDER, CHARLES HENRY
NOAH EILENDER, HANNAH EILEEN ROSE
EILENDER, LEWIS ABRAHAM JOSEPH
EILENDER, and SARAH LILLIAN EILENDER,
Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

DR. DAVID EILENDER,
      Respondent-Appellant,

and

BETTY COLLEEN EILENDER,
      Respondent.

_____/

SC: 139372
COA: 287939
Oakland CC Family Division:
05-707874-NA

On order of the Court, the application for leave to appeal the June 30, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2009

s0901

_Corbin R. Davis_
Clerk